```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MATTEL, INC.,                                                  :
                                                               :
                        Plaintiff,                             :
                                                               :          21-cv-9608 (LJL)
        -v-                                                    :
                                                               :              ORDER
WWW.FISHER-PRICE.ONLINE,                                       :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      There is a pending motion for default judgment in this case.  Dkt. No. 28.  It is hereby ORDERED that the Court will hold a hearing to address the motion on **June 24, 2022 at 12:00 p.m.**  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

      By **June 10, 2022**, Plaintiff shall serve on Defendant: (1) a copy of the motion for default judgment and supporting papers; and (2) a copy of this Order setting a date and time for the default judgment hearing.  By **June 10, 2022**, Plaintiff shall also file proof of such service on the docket.

      SO ORDERED.

Dated: June 8, 2022  
      New York, New York  
                                                            LEWIS J. LIMAN  
                                                           United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 06/08/2022