**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MATTEL, INC.,

                    Plaintiff,

-against-                          21 **CIVIL** 9608 (LJL)

                          **DEFAULT JUDGMENT**

WWW.FISHER-PRICE.ONLINE,

                    Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 18, 2022, the motion for default judgment is GRANTED. The motion for a permanent injunction is GRANTED IN PART and DENIED IN PART; accordingly, the case is closed.

**Dated:** New York, New York

       July 19, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                            **BY:**    *K. Mango*
                                                    **Deputy Clerk**